UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ADRIAN DEAN BRAYTON,**

    **Plaintiff,**

v.                                                                                   Case No: 5:20-cv-509-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    This case is before the Court on the Commissioner's unopposed motion to stay the case for ninety days to produce the certified transcript of the record necessary for this case. (Doc. 12). Due to the global COVID-19 crisis, the SSA has taken certain steps to maximize social distancing, including suspending in-office services to the public and moving rapidly toward a virtual work environment. The SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia has been forced to redesign its business practices to allow for a mostly virtual transcript preparation process. Despite these changes, the OAO faces a significant backlog of work that has built up during the past months.

    Accordingly, the Commissioner's unopposed motion to stay (Doc. 12) is **GRANTED**. The Commissioner shall file an answer and the transcript of the record for this case within 90 days of this Order.

    **DONE** and **ORDERED** in Ocala, Florida on January 21, 2021.

- 2 -

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties